# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>    Respondent.<br>_____ | Case No. CV 10-3945 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 14, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1